CLERK, U.S. DISTRICT COURT
DEC 29 2014
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>GABRIEL MARTINES BARAJAS<br><br>    Defendant. | ) CASE NO CR 14-154 BRO<br>)<br>) ORDER OF DETENTION AFTER<br>) HEARING ( Fed.R.Crim.P. 32.1(a)(6)<br>) Allegations of Violations of Probation<br>) Supervised Release)<br>) Conditions of Release)<br>)<br>)<br>) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

    (A)  (✓)  the appearance of defendant as required; and/or

    (B)  (✓)  the safety of any person or the community.

//

//

1         The court concludes:

2 A.  ( )  Defendant poses a risk to the safety of other persons or the community
3         because defendant has not demonstrated by clear and convincing
4         evidence that:

5         Defendant is a danger to the community, especially given the
6 allegations in the Probation Report of Defendant's threats to kill his father.

7

8 (B)  ( )  Defendant is a flight risk because defendant has not shown by clear
9         and convincing evidence that:

10         Defendant is a risk of flight based on his failure to comply with the
11 terms of his supervised release and allegations of mental health issues in the
12 Probation Report, not the least of which were those that relate to Defendant cutting
13 his head with a razor blade.

14         IT IS ORDERED that defendant be detained.

16 DATED: <u>December 29, 2014</u>

                                              */s/ John E. McDermott*
                                              JOHN E. MCDERMOTT
                                              UNITED STATES MAGISTRATE JUDGE